UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――――

TRUSTEES OF THE NEW YORK CITY               20 Civ. 4690 (JGK)
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY         ORDER
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND et al.,

                Plaintiffs,

    - against -

ARCHITECTURAL BUILDING & DESIGN,
INC. & DS INSTALLATIONS, LLC A/K/A
DS INSTALLATIONS,

                Defendants.
―――――――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by November 6, 2020.

SO ORDERED.

Dated:    New York, New York
           October 23, 2020

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                               United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2020