UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, AND
APPRENTICESHIP, JOURNEYMAN                         20-CV-04690 (JGK)(SN)
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, et al.,                                      **SETTLEMENT CONFERENCE ORDER**

                              **Plaintiffs,**

             -against-

ARCHITECTURAL BUILDING & DESIGN, INC.,
et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       A settlement conference is scheduled for Thursday, May 6, 2021, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information by email before the conference.

       The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn.  The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Thursday, April 29, 2021.  Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                                              _____
                                                                              SARAH NETBURN
Dated:  March 31, 2021                                    United States Magistrate Judge
           New York, New York