UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND ET AL.,

              Plaintiffs,

- against -

ARCHITECTURAL BUILDING & DESIGN,
INC. ET AL.,

              Defendants.

20-cv-4690 (JGK)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/04/21

---

JOHN G. KOELTL, District Judge:

The case is stayed pending settlement discussions with the Magistrate Judge. The parties should report to the Court as to the status within 7 days of the completion of the settlement discussions. If the case is not settled, discovery responses are due 30 days after completion of the settlement discussions and the parties should submit a new scheduling order within 14 days after the conclusion of the settlement discussions.

SO ORDERED.

Dated:    New York, New York
            May 4, 2021

                                      John G. Koeltl
                              United States District Judge