UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, AND
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, et al.,

                Plaintiffs,

-against-

ARCHITECTURAL BUILDING & DESIGN,
INC., et al.,

                Defendant.

-----------------------------------------------------------------X

20-CV-04690 (JGK)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    On August 30, 2021, the parties appeared before the Court for a settlement conference. The parties shall file either a proposed stipulation of dismissal or a letter on the status of settlement no later than September 13, 2021.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    August 30, 2021
                New York, New York