UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, and TRUSTEES OF THE NORTHEAST CARPENTERS HEALTH, PENSION, ANNUITY, APPRENTICESHIP and LABOR MANAGEMENT COOPERATION FUNDS,<br><br>Plaintiffs,<br><br>-against-<br><br>ARCHITECTURAL BUILDING & DESIGN, INC. and DS INSTALLATIONS, LLC a/k/a DS INSTALLATIONS.,<br><br>Defendants. | 20 CV 4690(JGK)<br><br>**STIPULATION**<br>**OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for plaintiffs Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund, Trustees of the New York City Carpenters Relief and Charity Fund, and The Carpenter Contractor Alliance of Metropolitan New York and Trustees of the Northeast Carpenters Health, Pension, Annuity, Apprenticeship, and Labor Management Cooperation Funds; and defendants Architectural Building & Design, Inc. and DS Installations, LLC a/k/a DS Installations, that the above-entitled action, including any and all claims therein (the "Action"), be, and the same hereby is dismissed with prejudice, without fees or costs to any of the aforesaid parties as against the other(s).

VIRGINIA & AMBINDER, LLP

By: _____
Nicole Marimon, Esq.
40 Board Street, 7th Floor
New York, NY 10004
Telephone: (212) 943-9080
*Attorneys for Plaintiffs*

O

LAW OFFICES OF ELLIOT J.
BLUMENTHAL, PLLC

By: _____
Elliot J. Blumenthal, Esq.
483 Chestnut Street
Cedarhurst, NY 11516
Telephone: (516)295-0903
*Attorneys for Defendants,*

**SO ORDERED:**

_____
HON. JOHN G. KOELTL, U.S.D.J.